1   LINDA ANN WRIGHT

2   4579 Cummings Road

3   Eureka, California 95503

4   Phone: (707) 442-8143

5   E-Mail: lwright1@reninet.com

6   PRO SE

7              UNITED STATES DISTRICT COURT

8            NORTHERN DISTRICT OF CALIFORNIA

9   AMERICAN EXPRESS, et al.,         CASE NO.

10      Plaintiff,                    NOTICE OF REMOVAL

11   v.                               JOINDER; CHANGE OF VENUE;

12   LINDA ANN WRIGHT,                COUNTER COMPLAINT; EXCEEDS

13      Defendant,                    $75,000.00; CORPORATE DIVERSITY;

14   AMERICAN EXPRESS, et al.,        IMPLEADER; PHONE CONFERENCE;

15   UNITED STATES, et al., STATE OF  A.D.A. ASSISTANCE; PROPOSED

16   CALIFORNIA, et al., NANCY CRAIG, et al.,   ORDER:VA TO RELEASE BACK PAY.

17      Third Party Defendant(s),

18   _____/

19   TO: Attorney General Eric Holder

20      Department of Justice

21      The Attorney General of the United States

22      950 Pennsylvania Avenue, N. W.  Room 4400

23      Washington, D.C. 20530-001

24   __Attorney General Kamala D. Harris D.O.J.

25      State of California,

26      P.O. Box 944255

27      Sacramento, CA  94244-2550

28   NOTICE OF REMOVAL AMEX v. Wright    -1-

1     TO: Clerk of The United States District Court

2           Northern District of California

3              1301 Clay Street

4              Oakland, California 94612

5

6     Robert L. Bachman, Atty. SBN56489

7     19100 Von Karman Ave., Suite 380

8     Irvine, CA 92612

9     Attorney for: American Express et al.,*

10

11     Michael Morrison, Attorney

12     P.O. Box 1288

13     Eureka, CA 95502

14     Attorneys for Third Party Defendants

15     Petra Kuhfahl, Kim S. Ervin, Thomas J.

16     Rydz, Kusum Stokes, Patricia Fitzgerald, Brian

17     Ogden Craig, Nancy Craig, et al.*

18     *(Name of Third Party Defendants)

19

| 20 | Nancy K. Delaney & John M. Vrieze Attys. | Leonard and Lyde Law Firm |
| 21 | 814 Seventh Street | 1600 Humboldt Road Suite 1 |
| 22 | P.O. Drawer 1008 | Chico, CA 95828 |
| 23 | Eureka, California 95502 | c/o Maria Lathrop Winter |
| 24 | Attorneys for Saint Joseph Hospital * | Attorneys for Redwood Family Practice* |

25    ///

26

27

28    NOTICE OF REMOVAL AMEX v. Wright  -2-

## REMOVAL

1. AMEX, has violated several codes, including: 18 U.S.C. Section 1961; R.I.C.O, SLAPP; Fair Credit Reporting Regulations: Section 214; 214(e) of the Fair and Accurate Credit Transactions Act of 2003; CRA 42 U.S.C. 21 Section 1983; Predatory Practices; Filing a Claim in Court: which at the very least is **Frivolous;** and according to Proof: Criminal.

The Problem is that I, Linda Ann Wright has tried to get State and Federal assistance to curtail this behavior; instead my Rights are violated. My whole History has been searched; I have been accused of Tax evasion; writing "Dishonored Checks"; D.M.V. violations; now with AMEX: I am accused of criminal activities, that are not stated. While the State and Federal Government, are trying to Prosecute me. While Violating my 4th Amendment Rights of the U.S. Constitution. Which are Violations of Title 18 U.S.C. Section 241,Conspiracy Against Rights; and Title 18 U.S.C. Section 242, Deprivation of Rights Under the Color of Law; by Local, State & Federal Participants. Which allows Criminal Activities to flourish in this environment: "of No Accountability".

**Pursuant to Title 28 Chapter 89 District Courts; Removal** of Cases From State Courts Section 1446; Part 1V- Jurisdiction and Venue

The Defendant Linda Ann Wright, request the Removal of Humboldt Superior Court Case No. DR110578, To The United States District Court, Northern District of California; for the following reasons:

2. Jurisdiction: 28 U.S.C. 1331 & 1332; Change of Venue; Impleader; Joinder.  Counter Complaint Exceeds $75,000.00, Diversity of Corporation.

3. NOTICE TO THE UNITED STATES: Rule 15(c)(1)(C)(1) &(ii).

**CONCLUSION**

23

24    The Parties in these Proceedings: include but are not limited to The United States of America;

25    The State of California, American Express Corporation, and Other Parties in Case No. DR090936;

26    which a Motion to Proceed was filed 1 September 2011. For Jurisdictional reasons This Claim

27    should Proceed to U.S. District Court.

28    Notice of Removal AMEX, et al., v. Wright  -3-

1    The Defendant Linda Ann Wright, Request the Removal to U.S. District Court. The Defendant,

2    has long been Denied; her Veterans Administration Benefits: including back pay to 1988. This

3    Action arose from Actions, that are in Case No. DR090936, Humboldt County Superior Court;

4    Case No. C 09-5752 SBA, U.S.D.C.; 10-16345, 9th Circuit Court of Appeals; & 10-9095 The

5    United States Supreme Court. Now, the Defendant has to Prepare for A larger Court Proceeding.

6    I will need the Money, that The VA has Illegally held for over 14 years, I need the Funds released.

7

8

9

10   **IT IS SO ORDERED.**

11

12

13   Dated:_____

14                                                    PRESIDING

15                                                    UNITED STATES DISTRICT COURT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27   Case No. DR110578

28   Notice of Removal AMEX, et al., v. Wright   -4-

# EXHIBIT NO. ___/___

Robert L. Bachman, Esq. SBN#56489
LAW OFFICES OF ROBERT L. BACHMAN
19100 Von Karman Avenue, Suite 380
Irvine, California 92612
(949) 955-0221
(949) 955-0324 (Facsimile)
Attorney for Plaintiff, American Express Bank, FSB, Federal Savings Bank

**FILED**

JUL 1 8 2011 JOEL B

SUPERIOR COURT OF CALIFORNIA
COUNTY OF HUMBOLDT

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF HUMBOLDT

| | |
|---|---|
| AMERICAN EXPRESS BANK, FSB, FEDERAL SAVINGS BANK, <br><br>Plaintiff, <br><br>vs. <br><br>LINDA WRIGHT aka LINDA A. WRIGHT, an Individual; and DOES 1 through 100, inclusive; <br><br>Defendant(s). | CASE NO.: **DR110578** <br><br>**COMPLAINT FOR MONEY DUE ON CONTRACT AGREEMENT; COMMON COUNTS; AND QUANTUM MERUIT** <br><br><br>**COMPLAINT DOES NOT EXCEED $10,000, LIMITED JURISDICTION** |

Plaintiff, AMERICAN EXPRESS BANK, FSB, Federal Savings Bank (hereinafter "American Express") is the owner of the American Express Account No: ****-******-61003 (hereinafter the "Account") at issue here. American Express by and through their attorney Robert L. Bachman complains against said Defendant(s) as follows:

### FIRST CAUSE OF ACTION

### (For Money Due on Agreement)

1.  Plaintiff is now, and was at all times in this Complaint doing business within this county.

2.     Plaintiff is informed and believes and thereon alleges that Defendant(s) LINDA WRIGHT aka LINDA A. WRIGHT, an Individual (hereinafter "Defendant(s)") is an individual residing within the county.

3.     Defendant(s) DOES 1 through 100, inclusive, are sued herein under fictitious names. When the true names and capacities are ascertained, Plaintiff will amend this Complaint by inserting their true names and capacities therein. Plaintiff is informed and believes and thereon alleges that each of the fictitiously named Defendant(s) are responsible in some manner for the occurrences herein alleged, and that Plaintiff damages as herein alleged are proximately caused by such Defendant(s).

4.     At all times herein mentioned, each of the Defendant(s) were the agents and employees of each of the remaining Defendant(s), and were, in doing the things herein complained of, acting within the scope of such agency and employment.

5.     Defendant(s) executed an agreement for the use of a charge/credit Account with the Plaintiff (hereinafter the "Agreement").

6.     The terms of the Agreement provided that Defendant(s) would be jointly and severally responsible for the balance due on the Account.

7.     Defendant(s) agreed to pay to Plaintiff the total amount of $8,212.12 for charges incurred in connection with the Account.

8.     Plaintiff has duly performed all the conditions of said Agreement on its part to be performed.

9.     Defendant(s) have failed and neglected to perform the terms and conditions of the Agreement on his part, and said Defendant(s) have failed to pay to Plaintiff

2

the payments due to Plaintiff under the aforementioned Agreement, although Plaintiff have demanded payment thereof.

10. Plaintiff has been required to retain the services of attorneys to prosecute this matter and is therefore entitled to reasonable attorneys' fees and costs as a result of bringing this action.

## SECOND CLAIM FOR RELIEF

### (Monies Due on Open Accounts)

11. Plaintiff realleges and incorporates herein by reference each and every allegation contained in every previous paragraph as if fully set forth herein.

12. Defendant(s) maintained open Accounts with Plaintiff pursuant to which Defendant(s) used a credit card issued by Plaintiff to purchase various items. The unpaid balance of the open Account is in the total amount of $8,212.12.

13. Plaintiff has made repeated demands upon Defendant(s) to meet his obligations and to pay the indebtedness now due and owing to Plaintiff, but Defendant(s) has failed and refused, and continues to fail and refuse, to make any of said payments.

14. Plaintiff is entitled to judgment against Defendant(s) in the amount of $8,212.12 plus interest, and costs incurred herein.

## THIRD CLAIM FOR RELIEF

### (Monies Due and Owing)

15. Plaintiff realleges and incorporates herein by reference each and every allegation contained in every previous paragraph as if fully set forth herein.

16. Defendant(s) owes to Plaintiff a total amount of $8,212.12, together with interest thereon, for the credit extended to Defendant(s).

17.   Although demand for payment has been made by Plaintiff, Defendant(s) have refused, and continue to refuse, to pay Plaintiff for the credit extended to the Defendant(s) by Plaintiff.

18.   Plaintiff is entitled to judgment against Defendant(s) in an amount in excess of $8,212.12 plus interest, and costs incurred herein.

## FOURTH CLAIM FOR RELIEF

### (Unjust Enrichment)

19.   Plaintiff realleges and incorporates herein by reference each and every allegation contained in every previous paragraph as if fully set forth herein.

20.   The unpaid principal balance, interest charges and late charges of the commercial credit Account provided by Plaintiff to Defendant(s) was the total amount of $8,212.12, which sum is now due and owing and unpaid to Plaintiff by Defendant(s).

21.   By reason of Defendant(s)' failure to pay Plaintiff the full amount due and owing on the credit Account, Defendant(s) have been unjustly enriched, all to the damage of Plaintiff in these proceedings in the total amount of $8,212.12, together with interest thereon accruing at the contract rate until paid in full, plus costs incurred herein.

22.   Plaintiff is entitled to judgment against Defendant(s) in the total amount of $8,212.12 plus interest, and costs incurred herein

WHEREFORE, Plaintiff prays judgment against Defendant(s) and each of them as follows:

## ON THE FIRST THROUGH FOURTH CAUSES OF ACTION

1.   The sum of $8,212.12 together with interest thereon at the legal rate;

2. For costs and disbursements of suit incurred thereof;

3. For reasonable attorney's fees (First Cause of Action only); and

## ON ALL CAUSES OF ACTION

4. For such other and further relief as the Court may deem just and proper.

DATED: July 7, 2011              LAW OFFICE OF ROBERT L. BACHMAN


By: Robert L. Bachman, Esq.
Attorney for Plaintiff, American Express Bank,
FSB, Federal Savings Bank

**EXHIBIT NO.** _2_

1

LINDA ANN WRIGHT

2

4579 Cummings Road

3

Eureka California, 95503

FILED

4

Phone: (707) 442-8143

SEP 0 1 2011

5

E-Mail: lwright1@reninet.com

SUPERIOR COURT OF CALIFORNIA
COUNTY OF HUMBOLDT

6

7

## SUPERIOR COURT OF CALIFORNIA

8

## COUNTY OF HUMBOLDT

9

LINDA ANN WRIGHT,

CASE NO. DR090936

10

Plaintiff,

NOTICE TO PROCEED: ORIGINAL CLAIM:

11

v.

REMOVAL OF FEDERAL DEFENDANTS;

12

PETRA KUHFAHL, et al.

CLARIFICATION: CASE CLOSED: NO

13

Defendant(s)

NOTIFICATION; PRESIDING JUDGE?

14

AMERICAN EXPRESS, et al.,

LEAVE FOR ADDITION OF DEFENDANTS;

15

Defendant(s)

CALENDAR; ADA; A.D.R.; PHONE CONF.;

16

_____/

NEW EVIDENCE OF MISCONDUCT;

17

18

Judge Saundra Brown Armstrong's Order: C 09-5752 SBA; Dated June 3, 2010:

19

1. The United States' motion to dismiss for lack of subject matter jurisdiction is GRANTED!

20

Plaintiff's claims against the United States are dismissed without prejudice for failure to exhaust

21

Administrative remedies under the FTCA.

22

2. The instant action is REMANDED forthwith to the Superior Court for the State of California,

23

County of Humboldt.

24

3. The motions to dismiss filed by Defendants other than the United States are DENIED as moot.

25

Said denial is without prejudice to renew in state court.

26

Plaintiff ask for Leave: to proceed with the Original Complaint; the deletion of Federal Employees,

27

the Addition of American Express et al., as a Proposed Order, by The Presiding Judge.

28

Notice to Proceed DR090936 Wright v. Kuhfahl et al. --1-

1     All of the Plaintiff's income is the same as when I originally filed this Claim DR090936, in 2009;

2  with the Fee Waiver, all of the Parties except the Federal employees are now removed per Judge

3  Saundra Brown Armstrong's Order. All local Parties: Defendants have been Served throughout these

4  Proceedings. Upon an Order from The Presiding Judge I will proceed with the prosecution of my

5  Case. I will Serve American Express, with the proper Documents; AMEX has served me with a

6  Claim DR110578. Upon Receipt of Authorization of this Proposed Order, I will restart the Process to

7  Clear these Matters up. I must file an Answer to AMEX: by 6 September 2011.

8  I, the Plaintiff Linda Ann Wright, Declare that all statements put forth in this Motion are True, to the

9  best of my knowledge, under Penalty of Perjury.

10  Dated 28 August 2011.

                                               Signed:

11

12                                           Linda Ann Wright

13                                           Plaintiff Pro Per

14  IT IS SO ORDERED.                    Signed:

15  Dated:                                 PRESIDING JUDGE

16                                       Superior Court Judge

17                                       SUPERIOR COURT OF CALIFORNIA

18                                       COUNTY OF HUMBOLDT

19

20

21

22

23

24

25

26

27

28  Notice to Proceed: DR090936 Wright v. Kuhfahl et al. -2-

/3

# EXHIBIT NO. ___3___

## SUPERIOR COURT OF THE STATE OF CALIFORNIA
## COUNTY OF HUMBOLDT



**FILED**

SEP 0 6 2011

SUPERIOR COURT OF CALIFORN
COUNTY OF HUMBOLDT

## NOTICE OF HEARING

Re:      **American Express vs. L. Wright**
Case No.   **DR110578**

You are hereby notified that a **Case Management Conference** has been scheduled in the above entitled matter at the time and place below:

| | | |
|---|---|---|
| Date of Hearing: | **November 22, 2011** | Est: |
| Time: | **1:30 pm** | |
| Courtroom: | **Courtroom Eight** | |
| Location: | **825 5th Street** | |
| | **Eureka, California 95501** | |
| Hon: | **Dale A. Reinholtsen, Judge** | |

Kerri L. Keenan, Clerk of the Superior Court

Date:   9/6/2011

By: _____ **David V.**

Deputy Clerk   **KERRI L. KEENAN**

### Declaration of Mailing

I, the undersigned, declare:

That I am a citizen of the United States, over 18 years of age, a resident of the County of Humboldt, State of California, and not a party to the within action; that my business address is 825 Fifth St., Eureka, California; that I served a true copy of the attached document by placing a copy in a sealed envelope, with postage thereon fully prepaid, in the United States mail at Eureka, California, or delivered to the attorney's mail delivery box in the Court Operations Office at Eureka, California.

Robert Bachman, 19100 Von Karman Ave # 380, Irvine, CA 92612
Linda Wright, 4579 Cummings Rd, Eureka, CA 95503

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed 9/6/2011 at the City of Eureka, County of Humboldt, State of California.

Kerri L. Keenan, Clerk of the Superior Court

By: _____ **David V.**

Deputy Clerk **KERRI L. KEENAN**

15

**EXHIBIT NO.**    4



**KAMALA D. HARRIS**
*Attorney General*

*State of California*
**DEPARTMENT OF JUSTICE**

**PUBLIC INQUIRY UNIT**
P.O. BOX 944255
SACRAMENTO, CA 94244-2550
(916) 322-3360
TOLL FREE: (800) 952-5225
TTY: CA Relay Service
(800) 735-2922

January 5, 2011

PIU: 355615

Ms. Linda Wright
4579 Cummings Road
Eureka, CA 95503

Dear Ms. Wright:

Thank you for your correspondence to the Office of the Attorney General regarding a state agency.

The Attorney General's Office is unable to assist or comment on this matter because we are required by law to provide legal representation to state agencies in disputes rising out of their actions. This duty precludes the Attorney General from representing individual citizens in their disagreements with state agencies or providing advice to any individual regarding the disputed activity. While the Attorney General represents state departments in legal matters, he does not seek to impose his own policy judgments or control the administration of the business of his client agencies. For assistance in resolving a problem with a state agency, we suggest that you contact the director of the agency, your representatives in the California Legislature, and/or a private attorney.

If you wish to file a claim for monetary damages you believe were caused by a state agency, please contact the Victim Compensation and Government Claims Board. This agency may be contacted as follows:

> California Victim Compensation and Government Claims Board
> Government Claims Program
> P.O. Box 3035
> Sacramento, California 95812-3035
> Telephone: (800) 955-0045
> Internet: http://www.boc.ca.gov/GovClms.htm
> E-mail: gcinfo@vcgcb.ca.gov

If you wish to report alleged improper governmental activity by a state employee or agency, please contact the Bureau of State Audits. This agency may be contacted as follows:

> California Bureau of State Audits
> 555 Capitol Mall, Suite 300
> Sacramento, CA 95814
> Attn: Investigations
> Telephone: (800) 952-5665 or (916) 445-0255
> Fax: (916) 322-7801
> Internet: http://www.bsa.ca.gov/

*17*

January 7, 2011
Page 2

We hope that our effort to help you to identify the correct government offices to address your concern will be beneficial to you.

Again, thank you for contacting the Office of the Attorney General.

Sincerely,

C. Hallinan
C. Hallinan
Public Inquiry Unit

For     KAMALA D. HARRIS
Attorney General

# EXHIBIT NO. _____5_____

1    LINDA ANN WRIGHT

2    4579 Cummings Road

3    Eureka California, 95503

4    Phone: (707) 442-8143

5    E-Mail: lwright1@reninet.com

FILED

SEP 0 1 2011

SUPERIOR COURT OF CALIFORNIA
COUNTY OF HUMBOLDT

6

7            **SUPERIOR COURT OF CALIFORNIA**

8               **COUNTY OF HUMBOLDT**

9    LINDA ANN WRIGHT,            CASE NO. DR090936

10      Plaintiff,                 NOTICE TO PROCEED; ORIGINAL CLAIM:

11    v.                              REMOVAL OF FEDERAL DEFENDANTS;

12    PETRA KUHFAHL, et al.        CLARIFICATION; CASE CLOSED: NO

13      Defendant(s)              NOTIFICATION; PRESIDING JUDGE?

14    AMERICAN EXPRESS, et al.,     LEAVE FOR ADDITION OF DEFENDANTS;

15      Defendant(s)              CALENDAR; ADA; A.D.R.; PHONE CONF.;

16                          /        NEW EVIDENCE OF MISCONDUCT;

17

18    Judge Saundra Brown Armstrong's Order: C 09-5752 SBA; Dated June 3, 2010:

19    1.   The United States' motion to dismiss for lack of subject matter jurisdiction is GRANTED!

20      Plaintiff's claims against the United States are dismissed without prejudice for failure to exhaust

21      Administrative remedies under the FTCA.

22    2. The instant action is REMANDED forthwith to the Superior Court for the State of California,

23      County of Humboldt.

24    3. The motions to dismiss filed by Defendants other than the United States are DENIED as moot.

25      Said denial is without prejudice to renew in state court.

26    Plaintiff ask for Leave: to proceed with the Original Complaint; the deletion of Federal Employees,

27    the Addition of American Express et al., as a Proposed Order, by The Presiding Judge.

28    Notice to Proceed DR090936 Wright v. Kuhfahl et al.   -1-

20

1       All of the Plaintiff's income is the same as when I originally filed this Claim DR090936, in 2009;

2   with the Fee Waiver, all of the Parties except the Federal employees are now removed per Judge

3   Saundra Brown Armstrong's Order. All local Parties: Defendants have been Served throughout these

4   Proceedings. Upon an Order from The Presiding Judge I will proceed with the prosecution of my

5   Case. I will Serve American Express, with the proper Documents; AMEX has served me with a

6   Claim DR110578. Upon Receipt of Authorization of this Proposed Order, I will restart the Process to

7   Clear these Matters up.  I must file an Answer to AMEX: by 6 September 2011.

8   I, the Plaintiff Linda Ann Wright, Declare that all statements put forth in this Motion are True, to the

9   best of my knowledge, under Penalty of Perjury.

10  Dated 28 August 2011.                              Signed:

11                                                      Linda Ann Wright

12                                                      Plaintiff Pro Per

13

14  IT IS SO ORDERED.                                  Signed:

15  Dated:                                              PRESIDING JUDGE

16                                                      Superior Court Judge

17                                                      SUPERIOR COURT OF CALIFORNIA

18                                                      COUNTY OF HUMBOLDT

19

20

21

22

23

24

25

26

27

**EXHIBIT NO.**  *6*

LAW OFFICES OF

# ROBERT L. BACHMAN

**CALIFORNIA OFFICE**
THE ATRIUM
19100 VON KARMAN AVENUE, SUITE 380
IRVINE, CALIFORNIA 92612
TELEPHONE: (949) 955-0221
FAX: (949) 955-0324

REPLY TO:

X  CALIFORNIA OFFICE
___  NEVADA OFFICE

**NEVADA OFFICE**
3431 EAST SUNSET ROAD
BUILDING C, SUITE 12
LAS VEGAS, NEVADA 89120
TELEPHONE: (702) 456-9347
FAX: (702) 456-8346

July 7, 2011

**VIA U.S. MAIL, CERTIFIED**
**RETURN RECEIPT REQUESTED**

Linda Wright aka Linda A. Wright, an Individual;
4579 Cummings Road
Eureka, CA 95503

**RE:**    <u>American Express Account No.: \*\*\*\*-\*\*\*\*\*\*-61003 (Platinum Delta SkyMiles)</u>
          **Our File No.: 2516-1500**

We are outside litigation counsel to American Express and we are contacting you with regard to the unpaid balance on the above referenced account (hereinafter the "Account"). Your total current balance is $8,212.12.

If we do not reach a payment arrangement with you to resolve the Account balance, it is our intention to commence legal action against you on behalf of American Express to recover the balance due with respect to the Account, subject to your thirty (30) day right to dispute and receive verification of the debt as described below. I can be reached at (949) 955-0221 if you have questions, and if you are represented by counsel, your attorney may contact me.

**This is an attempt to collect a debt and any information obtained from you will be used for that purpose. Unless you dispute the validity of the debt, or any portion thereof, within thirty (30) days from your receipt of this letter, the debt will be assumed to be valid by us.**

If you notify the undersigned in writing within thirty (30) days from your receipt of this letter that the debt or any portion of it is disputed, we will obtain verification of the debt or of a judgment against you, and a copy of such verification or judgment will be mailed to you. Upon your written request within thirty (30) days from your receipt of this letter, we will provide you with the name and address of the original creditor, if different from the current creditor.

If legal action is commenced against you to recover the above debt within the 30 day period referred to above, the commencement of the legal action does not affect your rights set forth above to dispute the validity of the debt and request verification of the debt. You will still have all of the rights set forth above to dispute the validity of the debt within the 30-day period described above even if a lawsuit has been commenced against you within such period. Any timeframes relating the legal action, such as the timeframe to answer the summons and complaint, are timeframes established by the applicable rules of court, and are separate from the timeframes to dispute the debt as described above.

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

Thank you.

Very truly yours,