FILED Clear Form

2011 SEP -9 P 2: 51

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA. SAN JOSE

ADR

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

AMEX, et al.,

                Plaintiff,

vs.

LINDA ANN WRIGHT

                Defendant.

CV 11-04492 HRL

CASE NO. _____

**APPLICATION TO PROCEED**
**IN FORMA PAUPERIS**
**(Non-prisoner cases only)**

I, LINDA ANN WRIGHT , declare, under penalty of perjury that I am the ~~plaintiff~~ *defendant* in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

    In support of this application, I provide the following information:

1.     Are you presently employed?         Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

1 │ and wages per month which you received.

2 │ 1988, $4, 068

3 │ _____

4 │ _____

5 │ 2.    Have you received, within the past twelve (12) months, any money from any of the

6 │ following sources:

7 │        a.      Business, Profession or                    Yes ___ No ✓

8 │                self employment?

9 │        b.      Income from stocks, bonds,                 Yes ___ No ✓

10 │               or royalties?

11 │       c.      Rent payments?                             Yes ___ No ✓

12 │       d.      Pensions, annuities, or                    Yes ___ No ✓

13 │               life insurance payments?

14 │       e.      Federal or State welfare payments,         Yes ✓ No ___

15 │               Social Security or other govern-

16 │               ment source?

17 │ If the answer is "yes" to any of the above, describe each source of money and state the amount

18 │ received from each.

19 │ Veterans Compensation, Social Security Disability

20 │ _____

21 │ 3.     Are you married?                                  Yes ___ No ✓

22 │ Spouse's Full Name: _____

23 │ Spouse's Place of Employment: _____

24 │ Spouse's Monthly Salary, Wages or Income:

25 │ Gross $_____  Net $_____

26 │ 4.     a.      List amount you contribute to your spouse's support:$ _____

27 │        b.      List the persons other than your spouse who are dependent upon you for support

28 │                and indicate how much you contribute toward their support. (NOTE: For minor

1  children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

2  _____

3  _____

4  5.      Do you own or are you buying a home?          Yes __✓__ No ____

5  Estimated Market Value: $ 130,000.00   Amount of Mortgage: $ 1111.37

6  6.      Do you own an automobile?                     Yes __✓__ No ____

7  Make CHEVY              Year 2000          Model SILVERADO

8  Is it financed? Yes __✓__ No _____ If so, Total due: $ 5,000.00

9  Monthly Payment: $ 145.00

10  7.      Do you have a bank account?  Yes __✓__ No ____ (Do not include account numbers.)

11  Name(s) and address(es) of bank: UMPQUA BANK, 701 5th Street, Eureka CA 95501;

12  Coast Central Credit Union, 2650 Harrison Ave. Eureka, CA 95502

13  Present balance(s): $ -^$600

14  Do you own any cash?  Yes ____ No __✓__ Amount: $ _____

15  Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

16  market value.)                                      Yes __✓__ No ____

17  2003 VW New Beetle   Owe $4,500

18  8.      What are your monthly expenses?

19  Rent: $ 350.00 Property/ Home          Utilities: $350.00

20  Food: $ 200.00                          Clothing: $100.00

21  Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| Umpqua | $ $154.00 | $ $7,000.00 |
| Chase | $ $130.00 | $ $7,000.00 |
|  | $ | $ |

26  9.      Do you have any other debts? (List current obligations, indicating amounts and to whom

27  they are payable.  Do not include account numbers.)

28  -$600, Overdraft Protection; and $200.00. Local bill.

1

2  10.    Does the complaint which you are seeking to file raise claims that have been presented in

3  other lawsuits?   Yes ✓  No ____

4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

5  which they were filed.

6  WRIGHT v. KUHFAHL, et al., DR090936, HUMBOLDT SUPERIOR COURT; C 09-5752

7  SBA, U.S.D.C. NORTHERN CA; 10-16345 9TH CIR.; 10-9095 U.S. SUPREME COURT

8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a

9  false statement herein may result in the dismissal of my claims.

10

11  _6 September 11_                        _John A Wright_

12     DATE                                SIGNATURE OF APPLICANT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28