IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMERICAN EXPRESS, et. al., | CASE NO. 5:11-cv-04492 EJD |
| Plaintiff(s), | **ORDER TRANSFERRING ACTION** |
| v. | |
| LINDA ANN WRIGHT, | |
| Defendant(s). | |

Having determined this action was assigned to the wrong division under the terms of the Northern District's Assignment Plan (see Civ. L.R. 3-2(d)), the court orders this action TRANSFERRED to either the San Francisco or Oakland Division pursuant to Civil Local Rule 3-2(h). The Case Management Conference set before this court is VACATED.

**IT IS SO ORDERED.**

Dated: September 26, 2011

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:11-cv-04492 EJD
ORDER TRANSFERRING ACTION (EJDLC1)