United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMERICAN EXPRESS, ET AL,

Plaintiff,

v.

LINDA ANN WRIGHT,

Defendant.
_____________________________________/

No. C 11-04492 WHA

**ORDER ON MOTION FOR TRANSFER**

Defendant Wright filed a "Motion of Transfer to United States District Court 28 U.S.C. Section 1332(a)(1) ; 28 U.S.C. Section 1331 Jurisdiction. FRCP 18(a), 19, 20: Joinder Amend Motion to Proceed." The motion is very difficult to comprehend. It appears Ms. Wright is requesting transfer of another case filed in "Superior Court Docket," in which she is plaintiff, to this Court. Ms. Wright also appears to request consolidation of the state court case with this case. If plaintiff seeks to have her state court case heard in federal court, she may dismiss the state court case and re-file in federal court. The instant motion is hereby **DENIED**.

**IT IS SO ORDERED.**

Dated: October 14, 2011.

_____________________________________
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE