Harvey M. Moore, Esq., CSB 101128
Ray Mahdavi, Esq., CSB 247178
The Moore Law Group,
A Professional Corporation
3710 S. Susan Street, Suite 210
PO Box 25145
Santa Ana, CA 92799
(714) 431-2000

Attorneys for Plaintiff/Cross-Defendant,
American Express Bank, FSB,
erroneously sued as American Express Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| AMERICAN EXPRESS BANK, FSB, Federal Savings Bank, <br><br> Plaintiff, <br><br> vs. <br><br> LINDA WRIGHT aka LINDA A. WRIGHT, an Individual; DOES 1 through 100, inclusive; <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIM | Case No. 3:11-cv-04492-WHA <br><br> [~~PROPOSED~~] <br><br> **ORDER GRANTING AMERICAN EXPRESS' REQUEST FOR SUBSTITUTION OF ATTORNEY** |

1
Order

Based on Plaintiff, American Express Bank, FSB's ("American Express") Request for Substitution of Attorney,

IT IS HEREBY ORDERED:

1. Ramin Ray Mahdavi, Esq., Bar No. 247178, with the Moore Law Group, APC, will replace Robert L. Bachman, Esq., of the Law Offices of Robert L. Bachman, as attorney of record for American Express.

Dated: October 14, 2011.



William Alsup
UNITED STATES DISTRICT JUDGE