IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMERICAN EXPRESS, *et al.*,

    Plaintiffs,

  v.

LINDA ANN WRIGHT,

    Defendant.

                    /

No. C 11-04492 WHA

**ORDER RE SUBMISSION AT DOCKET NUMBER 28**

      The Court is in receipt of a document from defendant Linda Ann Wright titled "Notice of Appeal to the Ninth Circuit Court of Appeals; Case No. DR090936 Motion for Transfer; Substitution of Attorney; Removal; DR110578; Disqualification of Judge" (Dkt. No. 28). Defendant Wright has requested a hearing at 2 p.m. on December 1, before the undersigned judge. The Court cannot determine what, if any motion, defendant Wright seeks to be heard on December 1. Therefore, no action will be taken on the submission at docket number 28. No hearing will be held on December 1, relating to this submission. Defendant must properly file a motion, if she seeks relief from this Court.

      **IT IS SO ORDERED.**

Dated: November 7, 2011.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE