United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN EXPRESS, *et al.*, | No. C 11-04492 WHA |
| Plaintiff, | |
| v. | **ORDER ON SUBMISSION AT DOCKET NUMBER 30** |
| LINDA ANN WRIGHT, | |
| Defendant. | |

The Court is in receipt of a submission by defendant Linda Ann Wright titled "Request leave to add third party defendants; and counter complaint; jurisdiction 28 U.S.C. Sections 1331; Diversity 1332(a)(1)" (Dkt. No. 30). The Court has carefully reviewed the submission. The title of the submission suggests defendant is seeking leave to add third party defendants and file a counter complaint. But the appended counter complaint is directed to the Superior Court of California, County of Humboldt, not this Court. It is unclear if defendant seeks leave to add third party defendants to this action or to the state court action. Finally, defendant's proposed order seeks an "injunction barring Humboldt County . . . from the proceeding, to illegally tax [her]."

A diligent effort has been made to discern the contents of defendant's request. The submission is unintelligible, and the request is therefore **DENIED**. The hearing set for December 1, 2011 at 2:00 p.m. is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: November 12, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE