1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMERICAN EXPRESS, ET AL,

        Plaintiff,

  v.

LINDA ANN WRIGHT,

        Defendant.

_____/

No. C 11-04492 WHA

**ORDER DENYING
MOTION TO STAY**

Defendant Linda Ann Wright has filed a "motion to stay hearing pending appeal." The motion is improperly noticed and not in compliance with the Civil and Local Rules. Pursuant to Civil Local Rule 7-2, "all motions must be filed, served and noticed in writing on the motion calendar of the assigned Judge for hearing not less than 35 days after service of the motion." All filings must comply with the Civil Local Rules. Furthermore, defendant Wright does not provide any factual basis or make any legal argument in support of her motion to stay. Thus, the motion to stay is hereby **DENIED**.

**IT IS SO ORDERED.**

Dated: November 12, 2011.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE