IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMERICAN EXPRESS BANK, F.S.B., *et al.*,

    Plaintiffs,

  v.

LINDA ANN WRIGHT,

    Defendant.
                                      /

No. C 11-04492 WHA

**ORDER DENYING REQUEST TO APPEAR BY TELEPHONE**

      Plaintiff American Express Bank, F.S.B., has submitted a request to appear by telephone for the case management conference and motion to dismiss hearing set for December 1, 2011. The courtroom telephone equipment is not conducive to conducting a case management conference or a hearing over the telephone, so the request to appear by telephone at the case management conference and motion to dismiss hearing is **DENIED**.

      **IT IS SO ORDERED.**

Dated: November 28, 2011.

                                                             WILLIAM ALSUP
                                                             UNITED STATES DISTRICT JUDGE