IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN EXPRESS, FSB, and FEDERAL SAVINGS BANK,<br><br>    Plaintiffs,<br><br>  v.<br><br>LINDA WRIGHT, aka LINDA A. WRIGHT, an Individual; DOES 1 through 100, inclusive<br><br>    Defendants.<br>_____/<br>AND RELATED COUNTERCLAIMS<br>_____/ | No. C 11-04492 WHA<br><br>**ORDER REGARDING SUBMISSION AT DOCKET NUMBER 45** |

    Plaintiff Linda A. Wright has filed a "notice of appeal; response to judge's order, violations of 1st, 4th & 14th amendment to the U.S. Constitution; 42 U.S.C. 21 Sec. 1983; 1987" (Dkt. No. 45).  After careful review of the submission it is unclear what relief, if any plaintiff Wright is seeking, or if she intends this submission to be her motion for leave to file an amended complaint.  No action will be taken on this submission, as it is not a properly noticed motion (if it is intended to be a motion), and the Court is unable to determine what relief, if any, plaintiff seeks.

Plaintiff Wright is reminded that pursuant to Civil Local Rule 7-2 "all motions must be filed, served and noticed in writing on the motion calendar of the assigned Judge for hearing not less then 35 days after service of the motion." All filings must comply with the Civil Local Rules.

**IT IS SO ORDERED.**

Dated: December 28, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE