IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMERICAN EXPRESS, F.S.B., FEDERAL SAVINGS BANK,

    Plaintiff,

  v.

LINDA WRIGHT, a.k.a. LINDA A. WRIGHT, an Individual, and DOES 1 through 100, inclusive,

    Defendant.

No. C 11-04492 WHA

**JUDGMENT**

For the reasons stated in the accompanying order granting summary judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of plaintiff American Express F.S.B. and against defendant Linda Wright in the amount of $8,212.12.  The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: June 20, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE